### 6645.  HORN v. GEORGIA FERTILIZER & OIL CO.

WADE, J.  1.  The vendor of a personal chattel who has reserved title therein can not, by retaking the property upon an agreement of the vendee to rescind the sale, cut off rights of third persons which have intervened. . The contract of conditional sale must be enforced in accordance with the provisions of the statute, in order that the rights of third persons which have attached to the vendee's equity in the property may not be injuriously affected.

2. The evidence authorized the verdict, and there was no error in refusing the motion for a new trial.                    *Judgment affirmed.*
    DECIDED MAY 1, 1916.  REHEARING DENIED MAY 30, 1916.

Levy and claim; from city court of Nashville—Judge Christian.  April 12, 1915.

*Hendricks, Mills & Hendricks,* for plaintiff in error.
*J. Z. Jackson,* contra.